DAVID A. STEINBERG (SBN 130593),
das@msk.com
KARIN G. PAGNANELLI (SBN 174763),
kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant, Versaly Games, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLAES ENTERPRISES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VERSALY GAMES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 07 CV 2155 JM (LSP)<br><br>**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES** |

## ANSWER

Defendant, Versaly Games, Inc., ("Versaly" or "defendant"), answers plaintiff Olaes Enterprises, Inc.'s ("plaintiff") Complaint, per its numbered paragraphs, as follows:

1. Defendant admits plaintiff makes allegations of such claims but denies their merit.

2. Defendant admits it is a party to a licensing agreement with plaintiff and that some royalties are owed. Defendant denies the remaining allegations of this paragraph.

3. Defendant admits this court has subject matter jurisdiction and denies the merit of plaintiff's claims.

4. Defendant admits venue is proper in this district. Defendant denies wrongdoing.

5. Defendant is without sufficient knowledge or information to form a belief as to the truth of the matters asserted, and therefore denies.

6. Defendant admits.

7. Defendant incorporates its answers above in paragraphs 1 through 6, inclusive.

8. Defendant is without sufficient knowledge or information to form a belief as to the truth of the matters asserted, and therefore denies.

9. Defendant is without sufficient knowledge or information to form a belief as to the truth of the matters asserted, and therefore denies.

10. Defendant is without sufficient knowledge or information to form a belief as to the truth of the matters asserted, and therefore denies.

11. Defendant admits.

12. Defendant asserts that the Agreement speaks for itself, and denies any allegations contrary to the express terms of the Agreement.

13. Defendant asserts that the Agreement speaks for itself, and denies any allegations contrary to the express terms of the Agreement.

14. Defendant is without sufficient knowledge or information to form a belief as to the truth of the matters asserted, and therefore denies.

15. Defendant admits it owes royalties to plaintiff. Defendant denies all other allegations in this paragraph.

16. Defendant denies.

17. Defendant denies.

18. Defendant incorporates its answers above.

19. Defendant denies.

20. Defendant is without sufficient knowledge or information to form a belief as to the truth of the matters asserted, and therefore denies.

21. Defendant denies.

22. Defendant denies.

23. Defendant denies.

24. Defendant denies.

25. Defendant denies.

## AFFIRMATIVE DEFENSES

By way of further answer, defendant asserts the following affirmative defenses:

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Unclean hands.

3. Breach of contract.

4. Accord and satisfaction.

5. Estoppel.

6. Laches.

7. Waiver.

8. Failure to mitigate damages.

9. Defendant reserves the right to amend this pleading to assert additional defenses upon discovery of the specific facts upon which plaintiff bases its claims for relief, and upon completion of further discovery.

## REQUEST FOR RELIEF

WHEREFORE, having fully answered plaintiff's Complaint, defendant requests:

1. Dismissal with prejudice of all claims.

2. Money damages.

3. Prejudgment interest.

4. Attorneys' fees and costs as provided by law.

5. Such other and further relief as this court deems just and proper.

Dated: March 11, 2008

DAVID A. STEINBERG
KARIN G. PAGNANELLI
MITCHELL SILBERBERG & KNUPP LLP

By: ______________________
David A. Steinberg
Attorneys for Defendant,
Versaly Games, Inc.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On March 11, 2008, I served a copy of the foregoing document(s) described as **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES** on the interested parties in this action at their last known address as set forth below by taking the action described below:

Darren J. Quinn
Alexander E. Papaefthimiou
Law Offices of Darren J. Quinn
12702 Via Cortina, Suite 105
Del Mar, CA 92104
Tel (858) 509-9401

*Attorneys for Plaintiff*

☒ **BY MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☐ **BY OVERNIGHT MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

☐ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by of the document(s) listed above to the person(s) at the address(es) set forth above.

☐ **BY PLACING FOR COLLECTION AND MAILING:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and placed the envelope(s) for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 11377 West Olympic Boulevard, Los Angeles, California 90064-1683 in the ordinary course of business.

☐ **BY ELECTRONIC MAIL:** I served the above-mentioned document electronically at __:__ __.m. on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

☐ **BY FAX:** On _______________, at ______ am/pm, from facsimile number (310) ________, before placing the above-described document(s) in sealed envelope(s) addressed as set forth above, I sent a copy of the above-described document(s) to each of the individuals set forth above at the facsimile numbers listed above. The transmission was reported as complete and

without error. The transmission report was properly issued by the transmitting facsimile machine, and a copy of that report is attached hereto.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 11, 2008, at Los Angeles, California.

Lindsey Lee