**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

OLAES ENTERPRISES v. VERSALY GAMES No. 07-2155-JM(LSP)

HON. LEO S. PAPAS CT. DEPUTY J. JARABEK Rptr. 1 H

Attorneys

| Plaintiffs | Defendants |
| --- | --- |
| DARREN QUINN | DAVID STEINBERG |

ENE held. Further Status Conference shall be held on June 3, 2008 at 8:30 AM.

Counsel shall participate by telephone conference call. The Court will initiate the telephone conference call.

DATED: May 14, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge