**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

OLAES v. VERSALY No. 07-2155-JM(LSP)

HON. LEO S. PAPAS CT. DEPUTY J. JARABEK Rptr. 1 H

Attorneys

| Plaintiffs | Defendants |
|---|---|
| DARREN QUINN | DAVID STEINBERG |

Status Conference held.

DATE: June 3, 2008