1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 12 OLAES ENTERPRISES, INC., a California corporation, ) | Case No.: **07-cv-2155-JM (NLS)** |
| 13 ) | |
| Plaintiff, ) | **ORDER DISMISSING ACTION** |
| 14 ) | **WITH PREJUDICE** |
| vs. ) | |
| 15 ) | |
| VERSALY GAMES, INC., a Delaware ) | |
| 16 corporation, and MATTHEW FELDMAN, ) | |
| an individual, ) | |
| 17 ) | |
| Defendants. ) | |
| 18 _____ | |

19

20      Pursuant to Joint Motion to Dismiss Action with Prejudice [Docket No. 35] by plaintiff

21 OLAES ENTERPRISES, INC., a California Corporation ("ODM"), and defendants VERSALY

22 GAMES, INC., a Delaware corporation, and MATTHEW FELDMAN, an individual,

23 ///

24      IT IS HEREBY ORDERED pursuant to Fed. R. Civ. Proc 41(a)(1) that the action is

25 dismissed *with* prejudice and without fees or costs to any party.

26 ///

27 ///

28

07cv2155

1    IT IS FURTHER ORDERED that Magistrate Judge Stormes (or such other Magistrate

2   Judge that may be assigned to this case) shall retain jurisdiction to enforce and interpret the

3   settlement of the parties, and to set aside this dismissal and enter judgment pursuant to the

4   settlement agreement terms.

5    **IT IS SO ORDERED.**

6

7   DATED:  September 24, 2009

8    _____
     Hon. Jeffrey T. Miller
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07cv2155

- 2 -